UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BRACKETRON, INC., <br><br> Defendant. | CASE NO. C16-0109JLR <br><br> ORDER |

This matter was previously consolidated through the discovery phase with three other cases under cause number C15-1984JLR. *See National Products, Inc. v. Arkon Res., Inc.*, No. C15-1984JLR (W.D. Wash.); *see also National Products, Inc. v. High Gear Specialties, Inc.*, No. C15-1985JLR (W.D. Wash.); *National Products, Inc. v. Wireless Accessory Solutions, LLC* , No. C15-2024JLR (W.D. Wash.). The court has either transferred or will soon transfer those other three cases out of the Western District of Washington. *See Arkon*, No. C15-1984JLR, Dkt. # 127; *Wireless Accessory Solutions*, No. C15-2024JLR, Dkt. # 35. The discovery phase of this litigation will close on May

18, 2018.  *See Arkon*, No. C15-1984JLR, Dkt. # 126.  Accordingly, the court ORDERS the parties to file a joint status report no later than seven (7) days after the filing of this order stating when the parties believe that this case will be ready for trial.  In addition, the parties should propose deadlines for (1) dispositive motions and motions challenging expert witness testimony; (2) a settlement conference; (3) motions in limine; (4) the agreed pretrial order; and (5) trial briefs, proposed voir dire questions, and jury instructions.  If there are any other issues that the parties believe they should bring to the attention of the court at this time, they may so state in their joint status report.  The court will issue a case schedule that will govern this matter through trial after it receives the parties' joint status report.

Dated this 11th day of April, 2018.

JAMES L. ROBART
United States District Judge